**Order filed November 10, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00931 -CV

_____

### UNION PACIFIC RAILROAD COMPANY, Appellant

### V.

### RICHARD RUBY and RONALD ZIMMERMAN, Appellee

**On Appeal from the 11th District Court**
**In re: Asbestos MDL**
**Harris County, Texas**
**Trial Court Cause No. 2011-27625**

## O R D E R

This is an accelerated appeal from an order signed September 9, 2011. Appellant's notice of appeal was due September 29, 2001, but it was not filed until October 5, 2011, within 15 days of its due. *See* Tex. R. App. P. 26.1(b). A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the

late filing.  *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.─Houston [14th Dist.] 1998, no pet.).  Alternatively, appellant may provide proof of timely mailing of the notice of appeal.  *See* Tex. R. App. P. 9.2(b).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal, or proof of timely mailing of the notice of appeal, on or before **10 days** after the date of this order.  *See* Tex. R. App. P. 26.3; 10.5(b); 9.2(b).  If appellant does not comply with this order, we will dismiss the appeal.  *See* Tex. R. App. P. 42.3.


PER CURIAM